UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| L.M. BACK,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY S. GUTHART, et al.,<br><br>        Defendants. | Case No. 5:15-cv-01037-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Case Management Conference Statement filed on May 11, 2015 (Docket Item No. 7), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for May 14, 2015 is CONTINUED to **10:00 a.m. on August 6, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **July 30, 2015**.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-01037-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE