1  KEKER & VAN NEST LLP
   MICHAEL D. CELIO - # 197998
2  mcelio@kvn.com
   LAURIE CARR MIMS - # 241584
3  lmims@kvn.com
   CODY S. HARRIS - # 255302
4  charris@kvn.com
   PHILIP J. TASSIN - # 287787
5  ptassin@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | L. M. BACK,                                  | Case No. 5:15-cv-01037-EJD
13 |         Plaintiff,                           | **JOINT STIPULATION TO STAY PROCEEDINGS**
14 |    v.                                        |
15 | GARY S. GUTHART, LONNIE M. SMITH, CRAIG H. BARRATT, ERIC H. HALVORSON, AMAL M. JOHNSON, ALAN J. LEVY, FLOYD D. LOOP, MARK J. RUBASH, GEORGE STALK, JR., COLIN MORALES, MARSHALL L. MOHR, SALVATORE J. BROGNA, AUGUSTO V. CASTELLO, JEROME J. MCNAMARA, and MARK MELTZER, | Dept.:   Courtroom 4, 5th Floor
   |                                               | Judge:   Hon. Edward J. Davila
   |                                               | Date Filed: March 5, 2015
   |                                               | Trial Date: None set
20 |         Defendants.                          |
21 |    -and-                                     |
22 | INTUITIVE SURGICAL, INC.                     |
23 |         Nominal Party.                       |

1    WHEREAS, the above-captioned action (the "*Back* Action") is a shareholder's suit brought on behalf of Nominal Defendant Intuitive Surgical, Inc. ("Intuitive");

WHEREAS, the *Back* Action alleges that a pre-suit demand was made on Intuitive's Board of Directors and thereafter rejected;

WHEREAS, pending before this court are several similar cases consolidated as *In re Intuitive Surgical Shareholder Derivative Litigation*, No. 5:14-cv-00515 (the "Consolidated Action"), which involves substantially identical claims to those alleged in the *Back* Action, and in which none of the plaintiffs made pre-suit demands on Intuitive's Board of Directors;

WHEREAS, pending in the Superior Court of the State of California in and for the County of San Mateo is another shareholder derivative lawsuit, captioned *Public School Teachers' Pension & Retirement Fund of Chicago v. Guthart et al.*, No. CIV-526930 (the "Superior Court Action"), which action involves substantially identical claims to those alleged in the *Back* and Consolidated Actions

WHEREAS, Defendants' demurrer to the Superior Court Action has been overruled and the parties therein are engaged in discovery with a presently scheduled trial date of February 8, 2016;

WHEREAS, motions to dismiss are currently pending before this Court in both the *Back* Action and the Consolidated Action;

WHEREAS, the parties to the *Back* Action have determined that, in light of the developments in the Superior Court Action, to further the interest of judicial efficiency and to avoid wasting Intuitive's resources as well as counsels' efforts in litigating issues already decided in the Superior Court Action, all proceedings in the *Back* Action should be stayed, subject to the Court's approval;

NOW THEREFORE, the undersigned, by their respective counsel, hereby agree as follows subject to the approval of the Court:

This action is hereby stayed indefinitely effective upon the entry of this Order.

The stay is subject to being lifted either upon the agreement of the parties hereto or upon the Court's granting a motion to lift the stay for good cause shown.

IT IS SO STIPULATED.

Dated: August 13, 2015                                       KEKER & VAN NEST LLP

By:  */s/ Michael D. Celio*
MICHAEL D. CELIO
LAURIE CARR MIMS
CODY S. HARRIS
PHILIP J. TASSIN

Attorneys for Defendants

Dated: August 13, 2015                                       GREENFIELD & GOODMAN LLC

By:  */s/ Richard D. Greenfield*
ILENE F. BROOKLER
RICHARD D. GREENFIELD
MARGUERITE R. GOODMAN

Attorneys for Plaintiff L. M. BACK

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 13, 2015

*/s/ Michael D. Celio*
MICHAEL D. CELIO

## [~~PROPOSED~~] ORDER

The Court, having considered the above Stipulation and good cause appearing therefore, HEREBY ORDERS that this Action is stayed indefinitely effective upon the entry of this Order. This stay shall be lifted only upon the agreement of the parties, or upon the Court's granting a motion to lift the stay for good cause shown.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Clerk shall administratively close this case. All pending deadlines, motions, and hearings are TERMINATED.

Dated: 8/17/2015

_____
HONORABLE EDWARD J. DAVILA
United States District Court Judge